# EXECUTORS AND ADMINISTRATORS.

## No. 1.

**ADMINISTRATORS OF DODGE** *against* **WETMORE ET. AL.**
*Franklin*, 1819.

AN administrator, appointed in the State of New-Hampshire, and not in this State, cannot maintain an action, in this State, in right of the deceased, for property lying in this State.

If an action, on Jail bond, defendants are not estopped, denying plaintiff's right, as administrators, although they recovered the original judgment in that capacity.

THIS was an action on Jail bond, in favor of plaintiffs, of New-Boston, in the County of Hillsborough, and State of New-Hampshire, administrators on the estate of William B. Dodge, against the defendants.

*Plea* in abatement.   That the plaintiffs, are not administrators, on the goods, chattels or estate of William B. Dodge, lying and being in the State of Vermont.

*Replication.*  That plaintiffs, are administrators, &c. duly appointed, according to the law of *New-Hampshire*, demurrer.

*Farrand,* for plaintiffs, contended—That as the former judgment was recovered, by plaintiffs, as administrators, and the bond was executed, to them, by defendants, naming them administrators, the defendants, are estopped from alledging the contrary.

By the Court.  The plaintiffs, cannot be recognized, as administrators, on the estate of William B. Dodge, lying in this State ; this suit is brought in *right* of the deceased, and cannot be sustained : as, the defendants cannot be protected, by a payment, to the plaintiffs ; the previous proceedings, cannot estop the defendants, from contesting the right of the plaintiffs, to maintain this action.

*Judgment.*   Replication insufficient and writ abate.

